*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HACKEL, GROSS, and BLOSSER
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Antoine D. PERRY**
Aviation Ordnanceman Airman Recruit (E-1), U.S. Navy
*Appellant*

**No. 202300124**

_____

Decided: 19 December 2023

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Justin C. Henderson (trial)
Michelle M. Pettit (post-trial matters)

Sentence adjudged 8 March 2023 by a special court-martial convened at Region Legal Service Office Northwest, Bremerton, Washington, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: a reprimand, confinement for ninety days,[1] forfeiture of $1,255.00 pay per month for one month, and a bad-conduct discharge.

---

[1] Appellant was credited with twenty-nine days of pretrial confinement credit and seven days of judicially ordered credit for thirty-six total days of confinement credit.

Opinion of the Court

For Appellant:
*Captain Kimberly D. Hinson, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.